IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRAD GOODAKER )   ) | |
| Plaintiff, )   ) | |
| VS. )   ) | CV NO.: **3:09-cv-00783-MJR-PMF** |
| UNITED STATES OF AMERICA, )   ) | |
| Defendant(s). ) | |

ORDER FOR AND NOTICE OF
SETTLEMENT CONFERENCE

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A settlement conference in the above case is set on **April 26, 2010, at 9:00 a.m.** before the **Honorable Philip M. Frazier, U.S. Magistrate Judge, in the U.S. Courthouse, Courtroom No. 2, 301 West Main St., Benton, Illinois.**

The purpose of the settlement conference is to permit an informal discussion of every aspect of the lawsuit bearing on its settlement value and to discuss, propose and consider, and in appropriate instances to enter into settlement agreements. For these purposes it is essential that in addition to trial counsel the individual parties be present and in the case of corporate parties and insurance carriers a representative executive with unrestricted authority to settle the case.

The parties are directed to submit *ex parte* and under seal to Judge Frazier a SETTLEMENT CONFERENCE STATEMENT, in the form attached hereto, ON OR BEFORE **April 19, 2010,** setting forth, among other things, each party's position concerning factual issues, issues of law, damages or relief requested, and the party's settlement position and grounds therefore. Such settlement statement may be mailed to **Judge Philip M. Frazier, U. S. Courthouse, 301 W. Main St., Benton, Illinois 62812**, in an envelope marked **"Confidential - Submitted Under Seal,"** or if the parties prefer, they may submit their settlement statement to

Judge Frazier VIA his official proposed document e-mail address, which is PMFpd@ilsd.uscourts.gov, or they may FAX it to him at **618/439-6325**. The settlement statement is **NOT** to be electronically or manually filed with the U.S. Clerk's Office as it is not part of the official court record. Neither the settlement statement nor the contents thereof shall be disclosed to any other party, and the same shall remain under seal to be opened only by the Court.

Pertinent evidence to be offered at trial, documents or otherwise, should be brought to the settlement conference for presentation to the settlement judge if thought particularly relevant.

Neither the settlement conference statements nor communications during the settlement conference with the settlement judge can be used by either party in the trial of the case.

In addition to counsel who will try the case being present, the individual parties shall also be present, and in the case of corporate parties, associations or other entities, and insurance carriers, a representative executive with unrestricted authority to discuss, consider, propose and agree, or disagree, to any settlement proposal or offer shall also be present. The representative for Lime Financial Services and Mortgage Electronic Registration Systems, Inc. is NOT required to attend in person but should be available by telephone.

**IF EITHER PARTY BELIEVES THAT A SETTLEMENT CONFERENCE WOULD BE FUTILE, THEN THAT PARTY SHALL CONTACT THE COURT NOT LATER THAN SEVENTY-TWO HOURS PRECEDING THE SCHEDULED SETTLEMENT CONFERENCE.**

**IT IS SO ORDERED.**

**DATED: January 22, 2010.**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **Plaintiff(s),** | ) ) ) | |
| VS. | ) ) ) ) | CIVIL NO. |
| **Defendant(s).** | ) | |

## SETTLEMENT STATEMENT OF
## _____, ATTORNEY FOR _____

  This Settlement Statement is submitted *ex parte* pursuant to Order of the Court and shall not become a part of the official court file.  Neither this statement nor communication during the settlement conference with the settlement judge can be used by any party in the trial of the case.  This Statement should not exceed five (5) pages in length.

  Your position or interpretation of the factual issues:

  Your position as to the issues of law:

  Name of Trial Attorney:

  Name of person with ultimate settlement authority <u>who will be present at the Settlement Conference</u>.  If insurance is involved, include name of carrier and name of its representative with unrestricted authority:

  Nature of relief requested:

  Nature and extent of injuries, if applicable:

  Outline of your discovery plan, including your estimate of the total number of depositions you expect to take:

  Nature and extent of discovery completed to date:

  Your estimate of the <u>total</u> expenses to your client to the present and through trial, including (a) legal fees, (b) travel expenses, (c) expert witness fees and expenses, (d) cost of disposition transcripts, (e) witness fees, and (f) any other foreseeable miscellaneous expenses:

  Summarize settlement discussions you have had with opposing party including demands and offers:

  Date of last settlement discussion: _____

  **DATED:** _____

               **SIGNED:**

               _____
               **Responsible Attorney**