# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Brad Goodaker ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-cv-0783-MJR |
| United States of America ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   This cause of action is dismissed with prejudice.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Michael J. Reagan   on a motion for
      None.

      Approved:  Michael J. Reagan
                 U. S. District Judge

Date:   06/29/2010                                   *CLERK OF COURT*


                                                     s/Annie McGraw, Deputy Clerk
                                                     *Signature of Clerk or Deputy Clerk*